# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSH LAWSON and CHRISTOPHER FRANKLIN<br>    Plaintiff(s),<br><br>v.<br><br>CITY OF SEATTLE, a municipal Corporation; BRADLEY RICHARDSON<br>    Defendant(s). | Case No.<br><br>PRAECIPE |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Issue the attached two (2) Summons in a Civil Case to be served on the two defendants named in the complaint.

Dated: 11/09/2012

Signature: [signed]

For:

**PRAECIPE**

# United States District Court
for the
Western District of Washington

JOSH LAWSON and CHRISTOPHER FRANKLIN

*Plaintiff*

v.

CITY OF SEATTLE, a municipal corporation; BRADLEY RICHARDSON and Jane Doe and the marital community composed thereof; and SEATTLE POLICE OFFICERS 1-4

*Defendant*

Civil Action No. _____

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Bradley Richardson
600 4th Ave, 4th floor
Seattle, WA 98104

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it) - or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Mary Anderson & Elizabeth Padula
2320 130th Ave NE, Suite 250
Bellevue, WA 98005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# United States District Court
for the
Western District of Washington

| | |
|---|---|
| JOSH LAWSON and CHRISTOPHER FRANKLIN <br><br> *Plaintiff* <br><br> v. <br><br> CITY OF SEATTLE, a municipal corporation; BRADLEY RICHARDSON and Jane Doe and the marital community composed thereof; and SEATTLE POLICE OFFICERS 1-4 <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. _____ |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

CITY OF SEATTLE
Attn: Mayor's Office
600 4th Ave, 7th floor
Seattle, WA 98104

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it) - or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Mary Anderson & Elizabeth Padula
2320 130th Ave NE, Suite 250
Bellevue, WA 98005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                         *Signature of Clerk or Deputy Clerk*